
# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE MASONRY SECURITY PLAN OF WASHINGTON (INCLUDES VACATION ALLOWANCE), WESTERN WASHINGTON B.A.C. LOCAL NO. 1 PENSION TRUST, ET AL., <br> Plaintiff/Petitioner <br><br> vs. <br> HINSHAW MASONRY, INC., A WASHINGTON CORPORATION, CONTRACTOR'S REGISTRATION NO. HINSHMI942BU; CIMENTARI CORPORATION DBA ADVANCED MASONRY SERVICES, CONTRACTOR'S REGISTRATION NO. ADVANMS908M1, <br> Defendant/Respondent | Cause #:   C12-1674 JCC <br><br> Declaration of Service of: <br><br> SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DELINQUENT FRINGE BENEFIT CONTRIBUTIONS (ERISA) AND ALTER-EGO <br><br> Hearing Date: |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Oct 3 2012 9:22AM at the address of 600 STEWART ST STE 1115 SEATTLE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon DANIEL DELUE as Registered Agent for CIMENTARI CORPORATION DBA ADVANCED MASONRY SERVICES   by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with Inga Shigetani PARALEGAL, A white female approx. 25-35 years of age, 5'4"-5'8" tall, weighing 120-160 lbs with brown hair..

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: October 10, 2012 at Seattle, WA

by _____ J. Bradford  0204960

Service Fee Total: $ 35.00



ABC Legal Services, Inc.
206 521-9000
Tracking #: 9685333

**ORIGINAL
PROOF OF SERVICE**

Page 1 of 1

4900.594 S
McKenzie Rothwell Barlow & Korpi PS
1325 4th Ave, Suite 910
Seattle, WA   98101
206 224-9900